IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP H. BRYANT                                                   PLAINTIFF

v.                                  No. 4:26-cv-603-DPM

DARREN WOODS, Chairman/CEO
ExxonMobile Corporation                                      DEFENDANT

ORDER

Motion for extension, *Doc. 4*, granted for good cause shown. Answer or Rule 12(b) motion due by 3 August 2026. Given the circumstances, the Court waives Local Rule 6.2's requirements for this motion.    The Court directs Bryant to provide updated contact information to the Clerk's office as soon as possible.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2026