**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PHILLIP H. BRYANT** **PLAINTIFF**

**v.** **No. 4:26-cv-603-DPM**

**DARREN WOODS, Chairman/CEO**
**ExxonMobile Corporation** **DEFENDANT**

# ORDER

Bryant hasn't responded to Woods's motion to dismiss, *Doc. 8*, and his time to do so has passed. If Bryant wants to be heard, he must respond by 4 September 2026 and give good reasons for his belated response. Otherwise, the Court will rule on the current papers.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

24 August 2026