IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP H. BRYANT** **PLAINTIFF**

**v.** **No. 4:26-cv-603-DPM**

**DARREN WOODS, Chairman/CEO Exxon Mobil Corporation** **DEFENDANT**

# JUDGMENT

Bryant's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

27 October 2026