IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP H. BRYANT** **PLAINTIFF**

**v.** **No. 4:26-cv-603-DPM**

**DARREN WOODS, Chairman/CEO Exxon Mobil Corporation** **DEFENDANT**

# ORDER

I received the attached respectful letter from Mr. Bryant about his case and the filing fee. I appreciate the kind words. The governing law does not allow a refund of the filing fee when a case is dismissed. 28 U.S.C. § 1914(a).

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

9 November 2026

**PHILLIP BRYANT**
6301 Shady Brook Drive Little Rock, AR 72204
poppason03@gmail.com
(501) 231-2101

November 4, 2026

Judge D. P. Marshall, Jr.
600 West Capitol Avenue, Room B149
Little Rock, AR 72201

Judge D. P. Marshall, Jr.

Peace to you and the love of our Creator, God the Father, keep you strong and in good health and for your family.

When I filed this lawsuit, I knew I was going up the tallest mountain ever. I knew the defenses Exxon Mobile had in place. Yet, I put up a very small fight, and a strong possibility I will come back for another fight.

Mr. Marshall, you could not have had my case in your courtroom. The lawyers did not put up an argument for you to dismiss my case. You dismissed my case because of the fear that is in you. Perfect love casts out fear. You would have been the laughingstock in all legal systems in America. The whole government would have cut you up and off the bench and you might have come up missing. I understand your fear. I do not hold a grudge nor am I mad at you. Your position in U.S. government is fearful and unbalanced in every aspect. From an inside point of view there are some hands off.

I was in Vietnam (1 year, 3 days 1968-1969) and I had the knowledge to see the American government with an outside point of view. I did not like what I saw and I still do not like what I see. Today, I still see things I do not like or respect. You, sir, have taught me what I already know, it takes an army to win a war. Next time I will have an army.

I ask GOD to give me the spirit of Jeremiah the prophet and I believe he has. I am not afraid of men in big government leadership positions. We all make mistakes and some deliberately cheat, steal and break laws. These are the ones that our legal system cannot be touched by any and all federal judges. I do understand. Right or wrong, I can still see from both points of viewha.

Your Honor Marshall, believe it or not, I am your brother and friend and at any time I can help or assist you in any righteous act, I will.

I paid $405.00 filing fee and my case kicked out of court. I am sure you will see that my money is returned. I do not work. I live on social security and VA benefits. I will keep on fighting for my and our country.

I, a citizen, believe in justice for all.

I want to thank you for your time, Your Honor.

Phillip Bryant

Phillip Bryant